UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| EVELYN DOVE COLEMAN, | ) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| | ) No. 4:09-CV-32-FL |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of plaintiff's motion seeking remand to the Administrative Law Judge for *de novo* hearing, defendant's motion to set aside judgment and defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 9, 2010, and for the reasons set forth more specifically therein, plaintiff's motion to remand is denied, defendant's motion to set aside judgment is granted, and defendant's motion to dismiss is granted.

**This Judgment Filed and Entered on September 13, 2010, and Copies To:**

Evelyn Dove Coleman (via U.S. Mail), 539 Briary Run Road, Kinston, NC 28501
Elisa Donahoe (via CM/ECF Notice of Electronic Filing)

September 13, 2010      DENNIS P. IAVARONE, CLERK
                         /s/ Christa N. Baker
                        (By) Christa N. Baker, Deputy Clerk